UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-81697-KAM

HOWARD COHAN,

      Plaintiff,

vs.

APPLE TEN HOSPITALITY
MANAGEMENT INC.

      Defendant.

_____/

**ORDER**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice

(DE 11). This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago*

*Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012) (citing *Matthews v. Gaither*,

902 F.2d 877, 880 (11th Cir. 1990) (per curiam)). It is hereby **ORDERED AND ADJUDGED** that

any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

      **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida,

this 21st  day of June, 2016.

_____

KENNETH A. MARRA
United States District Judge